**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STAR STAINLESS SCREW CO., | : |
| Plaintiffs, | : Civil Case No. 04-5749 (FSH) |
| v. | : **ORDER and OPINION** |
| GROUP AND PENSION ADMINISTRATORS, INC., et al, | : Date: June 3, 2008 |
| Defendants. | : |

**HOCHBERG, District Judge**,

This matter coming before the Court upon Group and Pension Administrator's motion for summary judgment (DKT#38) and upon Cammack and Associates and Stephen Fallon's cross-motion for summary judgment (DKT#43); and

it appearing that the parties have reached a settlement agreement in this matter, which was read into the record by the Court on June 3, 2007; and

it appearing, therefore, that the parties' cross-motions for summary judgment are moot;

**ACCORDINGLY** it is on this 3rd day of June, 2008

**ORDERED** that the parties' cross-motions for summary judgement (DKT#38, DKT#43) are **DENIED** as moot.

/s/ Faith S. Hochberg
**HON. FAITH S. HOCHBERG, U.S.D.J.**